```
                FILED
        CLERK, U.S. DISTRICT COURT

              JUN - 7 2011

        CENTRAL DISTRICT OF CALIFORNIA
        BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

08CR 713-DSF-35

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           Plaintiff,  )<br>      v.  )<br>   Kevin Klegg  )<br>           Defendant.  )  | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

   (A)   (✓)   the appearance of defendant as required; and/or
   (B)   (✓)   the safety of any person or the community.

//
//

The court concludes:

A. (  ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by court orders_

_serious prior record_

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he can remain drug free_

_see P.O. Report_

_multiple parole and probation violations._

IT IS ORDERED that defendant be detained.

DATED: 6/7/12

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE