Carol J. Ojo SBN: 144155
OJO LAW OFFICE
5777 W. Century Blvd., Suite 750
Los Angeles, CA 90045
Telephone: (310) 671-5660
Facsimile: (310) 671-5662
Email: carolojo@yahoo.com

Attorney for Defendant
KEVIN CLEGG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  KEVIN CLEGG, (#35)  Defendant. | Case No. 08-713-(B)-DSF  **ORDER CONTINUING SENTENCING OF DEFENDANT KEVIN CLEGG**  Current sentencing date: November 10, 2014  New sentencing date: January 26, 2015 |

FOR GOOD CAUSE SHOWN, and based upon the stipulation of the parties, the sentencing of Defendant Kevin Clegg, now set for November 10, 2014 at 8:30 a.m. is hereby continued to January 26, 2015 at 8:30 a.m.  No further continuances.

Dated:   11/5/14

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

/ / /

/ / / / /

1